PER CURIAM.
Involved in this litigation is the validity of certain inter vivos trusts which were irrevocable. The trial judge held the trusts valid and determined the interests of the beneficiaries.
We find this ruling without error and affirm. See: Reid v. Barry, 93 Fla. 849, 112 So. 846; Cooey v. Cooey, 132 Fla. 716, 182 So. 202; § 689.05, Fla.Stat., F.S.A.; 33 Fla.Jur., Trusts, §§ 12, 14; Bogart, Trusts & Trustees, 2d ed., §§ 63, 81, 149; Perry on Trusts, 7th ed., §§ 78, 81, 82, 96, 100.
Affirmed.